11089574
52.24
3/24/10

TO: CLERK

FROM: THOMAS A. DOREY, PO Box 247, Lakewood, N.Y. 14750

DATE: 3-18-10

CASE: Kevin J. Schauman
Laurie Schauman

DOCKET #: 05-14997

Enclosed please find:

( ) Chambers Copy of Motion

( ) Proposed Order

( ) Checks under $5.00

(✓) Other  Check issued not cashed -90 dy

$52.24 P/c 4 John J. McGerry
210 East St.
Warren, PA 16365



FILED
MAR 24 2010
BANKRUPTCY COURT
BUFFALO, N.Y.